# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Sloan Medved, | No. CV-15-01346-PHX-DMF |
| Plaintiff, | **ORDER** |
| v. | |
| Sony Pictures Releasing Incorporated, | |
| Defendant. | |

      Plaintiff filed his Complaint on July 17, 2015 and his Amended Complaint on July 20, 2015. On August 21, 2015 the Magistrate Judge issued her Report and Recommendation recommending that Plaintiff's Amended Complaint be dismissed with prejudice. In her Report and Recommendation the Magistrate Judge advised Plaintiff that he had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

      The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

      **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 9)

      **IT IS FURTHER ORDERED** dismissing Plaintiff's Complaint with prejudice.

/ / /

/ / /

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 10th day of September, 2015.

_____
Susan R. Bolton
United States District Judge